Barbara K. Polich, (2620)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
One Utah Center, Suite 600
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001

C. Kevin Speirs (#5350)
Catherine Agnoli (#6161)
Jeffrey J. Droubay (#9119)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, Utah 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for Helius, Inc., Plaintiff and Counterclaim Defendant

RECEIVED
MAY - 6 2005
OFFICE OF
JUDGE PAUL G. CASSELL

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **HELIUS, INC.,**<br><br>**Plaintiff and Counterclaim Defendant,**<br><br>**vs.**<br><br>**SKYSTREAM NETWORKS, INC., HUGHES NETWORK SYSTEMS, INC., and HUGHES ELECTRONICS CORP., (now known as THE DIRECTV GROUP, INC.)**<br><br>**Defendants and Counterclaimants.** | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Case No.: 2:01-CV-00516 PGC**<br><br>**Honorable Paul G. Cassell**<br>**Magistrate Judge: Samuel Alba** |

Based on the Stipulation for Entry of Order of Dismissal with Prejudice of plaintiff and counterclaim defendant Helius, Inc. ("Helius"), and defendant and counterclaimant SkyStream Networks, Inc. ("SkyStream"), the parties having advised the Court that they have reached a settlement of their claims and counterclaims against each other, and good cause appearing,

IT IS ORDERED that:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the claims of Helius against SkyStream and the counterclaims of SkyStream against Helius are dismissed with prejudice.

2. Helius and SkyStream will bear their own attorneys' fees and costs incurred in connection with the prosecution and defense of this lawsuit against each other.

3. All claims of this lawsuit are fully concluded.

ENTERED this 9th day of May, 2005.

BY THIS COURT:

[signature]

HONORABLE PAUL G. CASSELL

APPROVED AS TO FORM

[signature]

Arthur B. Berger (6490)
RAY QUINNEY & NEBEKER, P.C.
Attorneys for SkyStream Networks, Inc.
Defendants and Counterclaimants